# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAVID CZAPIEWSKI,**
      Plaintiff,

v.                                                            Case No. 16-C-1709

**ZACHARY PINGEL, et al.,**
      Defendants.

## ORDER

Plaintiff filed a motion asking the court for an order directing the "business office" to allow him to use his legal loan to pay for copies of his health services file. Docket No. 74. He explains that the business office asked for proof of his need for the copies. However, the court has no authority to supervise the Department of Correction's administration of its legal-loan policies, and it cannot order the department's business office to provide plaintiff with funds that he may need to litigate this case. In any event, it seems that the business office is merely requesting that plaintiff provide documentation to substantiate his need to make copies from his health file. To satisfy the business office's request, plaintiff may submit a copy of the court's screening order identifying the claims he has been allowed to proceed on. Or he could submit a copy of the defendants' motion for summary judgment, which shows that plaintiff's medical records are relevant to this case. For these reasons, I will deny plaintiff's motion.

Plaintiff also asks for a third extension of time to respond to defendants' motion for summary judgment and to file a reply in support of his own motion for summary judgment. Docket No. 75. I will grant plaintiff's motion; however, I caution him that this is the last extension I will grant.

**IT IS ORDERED** that plaintiff's motion for order for copies (Docket No. 74) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time (Docket No. 75) is **GRANTED**. Plaintiff's materials in response to defendants' motion for summary judgment and his reply in support of his own motion for summary judgment are due on **June 16, 2018**. No extensions of this deadline will be granted.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2018.

s/Lynn Adelman
Lynn Adelman
United States District Judge
